1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10

11  WINIFRED MORRIS,                    )    Civil No. 06CV2159-L(NLS)
                                        )
12              Plaintiff,              )    **ORDER STRIKING DOCUMENT**
                                        )    **FROM THE RECORD**
13  v.                                  )
                                        )
14  MERCK & CO., INC., *et al.*,        )
                                        )
15              Defendants.             )
                                        )
16  _____

17

18        On December 19, 2006, Defendant Merck & Co., Inc. ("Merck") e-filed its Notice of

19  Motion and Motion to Stay All Proceedings Pending a Decision on Transfer by the Judicial

20  Panel on Multidistrict Litigation.  (*See* docket no. 7.)  This document is rejected and stricken

21  from the record because it violates Civil Local Rule 7.1 and Electronic Case Filing

22  Administrative Policies and Procedures Manual ("E-Filing Manual") Sec. 2(g).  Merck notices

23  January 16, 2007 as the hearing date for its motion to stay.  Although Plaintiff obtained this

24  hearing date for a motion to remand, which was subsequently filed, Merck has not obtained any

25  hearing date for its motion to stay, as required by Civil Local Rule 7.1(b) and E-Filing Manual

26  Sec. 2(g).  The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Defendant

27  Merck & Co., Inc.'s Notice of Motion and Motion to Stay All Proceedings Pending a

28  Decision on Transfer by the Judicial Panel on Multidistrict Litigation, filed December 19, 2006

06c2159

1    (docket no. 8).  Any further failure to comply with the Civil Local Riles or the E-Filing Manual

2    may result in sanctions.

3         **IT IS SO ORDERED**.

4

5    DATED:  December 21, 2006

6

7                                                    M. James Lorenz
                                                     United States District Court Judge

8    COPY TO:

9    HON. NITA L. STORMES
     UNITED STATES MAGISTRATE JUDGE

10

11   ALL PARTIES/COUNSEL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06c2159